In the Matter of the Accounting of CARRIE WORMSER et al., as Executors of and Trustees under the Will of ISIDOR WORMSER, Deceased, Respondents.

JULIA SELIGMAN, Appellant.

*Matter of Wormser*, 136 App. Div. 942, affirmed.
(Argued November 14, 1910; decided November 29, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1910, which affirmed a decree of the New York County Surrogate's Court judicially settling the accounts of the executors and trustees herein.

*Alton B. Parker* and *Claude T. Dawes* for appellant.

*F. R. Minrath, Henry Siegrist, Jr.,* and *John H. Devine* for respondents.

Order affirmed, with costs payable out of the fund; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.